**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Paul Ray Dry
State of LA., DOTD
8545 United Plaza Blvd., #101
Baton Rouge LA 70809

Julie Mobley Lafargue
Abrams & Lafargue
330 Marshall, Suite 1020
Shreveport LA 71101

**REHEARING ACTION: July 9, 2008**

**Docket Number: 07   01385-CA**

**STATE OF LA, THRU THE DOTD**
**VERSUS**
**DAVID WADE, ET AL.**

**Appealed from CONCORDIA Parish Case No. 40465**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, through the Department of Transportation**

**and Development** has this day been

> **DENIED.**

cc: Ricky Lamar Babin, Counsel for the Appellee